26cr178 JMB/LIB

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

Plaintiff,

v.

KYLEIGH MICHELLE THUNDER,

Defendant.

**INDICTMENT**

18 U.S.C. § 1151
18 U.S.C. § 1153(a)
18 U.S.C. § 2243(a)

THE UNITED STATES GRAND JURY CHARGES THAT:

**COUNT 1**
(Sexual Abuse of a Minor)

Between on or about June 1, 2025 and on or about July 31, 2025, in the State and District of Minnesota and within the exterior boundaries of the Red Lake Indian Reservation, the defendant,

**KYLEIGH MICHELLE THUNDER**,

an Indian, did knowingly engage, and attempt to engage, in sexual acts, to wit: contact between the penis and the vulva involving penetration, however slight, as defined in Title 18, United States Code, Section 2246(2), with Minor Victim, a child who had attained the age of 12 years but had not attained the age of 16 years, and is at least four years younger than the defendant, in violation of Title 18, United States Code, Sections 2243(a), 1151, and 1153(a).

SCANNED
SEP 29 2026
U.S. DISTRICT COURT MPLS

## FORFEITURE ALLEGATIONS

Upon conviction of any of Count 1 of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253(a):

1. any visual depiction described in section 2251, 2251A, 2252, 2252A, 2252B, or 2260 of Chapter 110 of Title 18, United States Code, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Chapter 110 of Title 18, United States Code;
2. any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and
3. any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

If any of the above-described property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b).

A TRUE BILL

| UNITED STATES ATTORNEY | FOREPERSON |
| --- | --- |